# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RAYMOND PADILLA, | ) | 3:07-CV-0442-RAM |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 14, 2009 |
| | ) | |
| STATE OF NEVADA, in relation to the NEVADA DEPARTMENT OF CORRECTIONS, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

PRESENT: <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>JENNIFER COTTER</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion to Compel (Doc. #56) and Defendants have oppose the Motion (Doc. #57). Defendants have also filed a Motion for Extension of Time in Which to Respond to Plaintiff's Discovery Requests (Doc. #58).

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel (Doc. #56) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Extension of Time (Doc. #58) is **GRANTED** to the extent that Defendants shall have thirty (30) days from the date of this order in which to respond to Plaintiff's discovery requests.

LANCE S. WILSON, CLERK

By:   <u>   /s/            </u>
Deputy Clerk