# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RAYMOND PADILLA, | ) | 3:07-CV-0442-RAM |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 29, 2009 |
| | ) | |
| STATE OF NEVADA, in relation to the NEVADA DEPARTMENT OF CORRECTIONS, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT: <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>  JENNIFER COTTER  </u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion to Compel Discovery (Second Request) (Doc. #67). Defendants have filed a Response to Plaintiff's Motion to Compel Discovery (Second Request) (Doc. #70) and there has been no reply. Plaintiff's Motion is a one-page document with no attachments.

LR 26-7(a) provides that "All motions to compel discovery or for protective order shall set forth in full the text of the discovery originally sought and the response thereto, if any." Plaintiff has failed to comply with this Rule.

Plaintiff's Motion to Compel Discovery (Second Request) (Doc. #67) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: <u>       /s/              </u>
    Deputy Clerk