1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
7

RAYMOND PADILLA,                              )          3:07-CV-0442-RAM
8
                    Plaintiff,                )          **ORDER**
9                                             )
          vs.                                 )
10                                            )
STATE OF NEVADA, et al.,                      )
11                                            )
                    Defendants.               )
12 _____)

13        Plaintiff has filed a Request for a Copy of Transcripts Designated in his Record on

14 Appeal (Doc. #122).

15        In reviewing the Designation (Doc. #123) it appears that Plaintiff is referring to

16 transcripts of the following hearings:

17        •    Doc. No. 31   Motions Hearing

18        •    Doc. No. 37   Settlement Conference

19        •    Doc. No. 41   Telephonic Status Conference

20        •    Doc. No. 64   Motions Hearing/Status Conference

21        •    Doc. No. 93   Hearing of Discovery Disputes

22        •    Doc. No. 98   Hearing of Disputes

23        All of these hearings were electronically recorded and no transcript exists. Additionally,

24 none of these hearings have any relevance to the issues on appeal in this case.

25        Plaintiff's Request for a Copy of Transcripts (Doc. #122) is **DENIED**.

26        DATED: December 7, 2010.

27                                                    _____

28                                                    UNITED STATES MAGISTRATE JUDGE